UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN DAN BRICIU,<br><br>Defendant. | Case No. 1:15-cv-00565-BLW<br>1:13-cr-00234-BLW<br><br>ORDER |

**IT IS HEREBY ORDERED:**

1. Briciu's Motion to Reconsider the Court's August 23, 2017 Order, Issued Without Hearing (Dkt. 8 in Case No. 1:15-cv-565-BLW, and Dkt. 46 in Case No. 1:13-cr-00234-BLW) is **DENIED**.



DATED: October 20, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

**MEMORANDUM DECISION AND ORDER - 1**